UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KING-JOSEPH: PENSON II, SUI JURIS, EXECUTOR AND SECURED PARTY FOR THE ESTATE OF KING JOSEPH PENSON II,<br><br>*Plaintiff,*<br><br>v.<br><br>LAKEVIEW LOAN SERVICING, LLC, CODILIS & MOODY, P.C.,<br><br>*Defendant.* | Civil Action No. 3:25-cv-01574-B |

**ORDER GRANTING DEFENDANT**
**CODILIS & MOODY'S MOTION TO DISMISS**

Came on to be considered the Motion to Dismiss ("Motion") pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by defendant Codilis & Moody, P.C. Having considered the Motion and any responses or replies on file, the Court determines that the Motion is granted. It is therefore,

ORDERED, ADJUDGED AND DECREED that the Motion is granted in its entirety and all of the claims asserted by plaintiffs King-Joseph: Penson II, Sui Juris, Executor and Secured Party for the Estate of King Joseph Penson II, against defendant Codilis & Moody, P.C. are dismissed with prejudice.

ORDERED on this the _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE