IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KING-JOSEPH: PENSON II. SUI JURIS. EXECUTOR AND SECURED PARTY FOR THE ESTATE OF KING JOSEPH PENSON II, | § § § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:25-cv-1574-B-BN |
| LAKEVIEW LOAN SERVICING, LLC and CODILIS & MOODY. P.C., | § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE MAGISTRATE JUDGE**

United States Magistrate Judge David L. Horan made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation as supplemented to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation as supplemented for plain error.

Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **FINDS** that it possesses subject-matter jurisdiction over this lawsuit because the party invoking federal subject-matter jurisdiction based on diversity, the removing defendant, Defendant Lakeview Loan Servicing, LLC, has carried its burden to establish that Plaintiff King Joseph Penson, II improperly joined a nondiverse party, Codilis & Moody, P.C., and has otherwise shown subject-matter jurisdiction under 28 U.S.C. § 1332.


The Court accordingly **DISMISSES WITHOUT PREJUDICE** the nondiverse party and **DENIES AS MOOT** its motion to dismiss [Dkt. No. 14].

The Court also **DENIES** Penson's motion for default judgment [Dkt. No. 12].

**SO ORDERED.**

**DATE: August 12, 2025.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE