IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KING-JOSEPH: PENSON II. SUI JURIS. EXECUTOR AND SECURED PARTY FOR THE ESTATE OF KING JOSEPH PENSON II, | § § § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:25-cv-1574-B-BN |
| LAKEVIEW LOAN SERVICING, LLC and CODILIS & MOODY. P.C., | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

United States Magistrate Judge David L. Horan made findings, conclusions, and a recommendation in this case as to Plaintiff King Joseph Penson, II's motion for a temporary restraining order ("TRO"). *See* Dkt. Nos. 39 & 40. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation as supplemented to which objection was made, and reviewed the remaining portions for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore **DENIES** Penson's TRO motion.

SO ORDERED.

DATE: September 3, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE